SEP 6 2023 PM4:06
FILED - USDC - BPT - CT

NO. **A05D-CR23-0191150-S**

| | |
|---|---|
| State of Connecticut<br><br>v.<br><br>Theodora F. Antar | GA 5<br><br>STATE OF CONNECTICUT<br><br>AT DERBY<br><br><br>Date: SEPTEMBER 6, 2023 |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL DISTRICT OF ANSONIA-MILFORD AND GA5 AT DERBY AND TO ALL ATTORNEYS OF RECORD:


NOTICE IS HEREBY GIVEN that DEFENDANT THEODORA F. ANTAR has on SEPTEMBER 6TH, 2023, filed a notice of removal, a copy of which is attached, in the Office of the Clerk of the United States District Court for the District of Connecticut.

In accordance with 28 U.S. Code §1443, a "criminal prosecution commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending: (1) against any person who is denied or

1

cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof."

The Defendant Theodora F. Antar in the above-captioned matter respectfully moves that the Federal District Court for the District of Connecticut allow the matter to be removed to federal court due to substantial violations of the Defendant's federal and constitutional rights to substantive and procedural due process, a speedy trial, and protection against violations of said rights.

The Defendant has been denied the right to due process, the right to effective counsel, the right to an evidentiary hearing to determine the validity and necessity of a heavily restrictive order of protection which is causing irreparable harm, the right to a speedy trial, the right to see discovery and evidence, the right to a trial before a jury, and the right to be reasonably informed regarding the prosecution, among several other rights.

"[t]he Supreme Court has held that a notice of removal under 28 U.S.C. § 1443(1) must satisfy a two-pronged test…First, it must appear that the right allegedly denied the removing defendant arises under a federal law 'providing for specific civil rights stated in terms of racial equality.'

The Defendant has been denied several rights under federal and constitutional law, and the entire prosecution is based on the Defendant's attempt to report a crime being committed while she was protected by a protective order as the protected party.

The defendant will be denied due process of law through the prosecution of this matter in state court due to the state's blatant refusal to comply with or enforce the order of protection which is and was the basis of said prosecution.

In accordance with the provisions of Section 1443(1), The Defendant Theodora F. Antar hereby states that she is denied or cannot enforce the specified federal rights in the courts of the State of Connecticut and will continue to suffer irreparable harm if this case is not removed out of that jurisdiction.

The protective order states that "This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S.Territory, and may be enforced by Tribal Land (18 U.S.C. §2265)

Connecticut General Statutes §53a-223 states that "The protected party can never be prosecuted for violating a protective order or conspiring with the accused to violate the order. Also the protected party can't give the accused permission to violate the order. Only the court can modify or terminate an order of protection."

At the time of the arrest, the Defendant Theodora Antar was the protected party under the order of protection under docket A05DCR230190622S and under Connecticut State law can not be prosecuted for any involvement in the violations of that order. The order is enforceable in any court in any jurisdiction in the United States, which also provides for federal question jurisdiction.

Although it has been more than 30 days since the Defendant was arraigned in this prosecution, good cause exists to show why removal should still be permitted since the Defendant filed an appearance for the first time in this case on 8/31/23 and the Defendant only appeared once in court for the arraignment and never appeared in court again and has not received any information regarding this case other than it being perpetually continued indefinitely.

The Defendant was denied the opportunity for a hearing to remove the protective order which is now on her that has been in effect since 5/16/23. Said protective order has been in effect for almost four months and the Defendant has been denied an evidentiary hearing to prove the necessity of the order remaining imposed upon her.

The order is heavily restrictive and prevents the Defendant from having access with her minor child and prevents her from being able to possess firearms which is a violation of her second amendment rights, and a violation of her due process and equal protection rights under the fourteenth amendment.

The grounds for removal are the Plaintiff's inability to enforce her procedural due process rights. The Defendant's procedural due process rights have been grossly and severely violated. The law requires the following: "Procedural due process refers to the constitutional requirement that when the federal government acts in such a way that denies a citizen of a life, liberty, or property interest, the person must be given notice, the opportunity to be heard, and a decision by a neutral decision-maker.

Procedural due process is one of two of the components of due process, with the other being substantive due process.

Due Process Clause

In the U.S. Constitution, the phrase "due process" appears twice: in the Fifth Amendment and in the Fourteenth Amendment. Both Amendments guarantee due process when someone is denied "life, liberty, or property."

Possibly Guaranteed Procedures

Judge Henry Friendly, in this article titled "Some Kind of Hearing," created a list of required procedures that due process requires. While this list is not mandatory, it remains highly influential, both in its content and relative priority of each item.

1. An unbiased tribunal.

2. Notice of the proposed action and the grounds asserted for it.

3. Opportunity to present reasons why the proposed action should not be taken.

4. The right to present evidence, including the right to call witnesses.

5. The right to know opposing evidence.

6. The right to cross-examine adverse witnesses.

7. A decision based exclusively on the evidence presented.

8. Opportunity to be represented by counsel.

9. Requirement that the tribunal prepare a record of the evidence presented.

10. Requirement that the tribunal prepare written findings of fact and reasons for its decision."

In addition, "Federal criminal civil rights law prohibits law enforcement agents from conspiring to interfere with federally protected rights, depriving rights under color of law, or using or conspiring to use force, or threat of force, to interfere with the free exercise of your civil rights."

The Defendant's rights have been violated repeatedly and all of her rights under the United States Constitution, VAWA, and most of all violations of her procedural due process and violations of her 1st, 5th, 6th, and 14th amendment rights.

The Defendant demands a jury trial for this matter and hereby claims her right to a trial before a jury for the charges she is being accused of.

In *Tennessee v. Davis*, the court stated that "Cases arising under the laws of the United States are such as grow out of the legislation of Congress, [whether] they constitute th[e] right or privilege, or claim or protection, or defense of the party, in whole or in part."

The removal statute requires that a defendant must file their notice of removal within 30 days of the arraignment in a criminal action except for "good cause shown" and in this case, the Defendant Theodora F. Antar has good cause shown that her rights have been violated repeatedly and she is unable to defend herself against this prosecution in the state court because her rights have been violated and can not be enforced in the state court because they are continuing to violate those rights. The state court, particularly the GA5 Superior Court in Derby, Connecticut, has violated the Defendant's substantive and procedural due process rights.

The Defendant was told on 9/6/23 by the chief clerk of the Derby, CT Clerk's office that she is not permitted to file an appeal on any interlocutory orders that have been entered in this case, including the order of protection which has been in effect now for a total of 113 days.

The Connecticut Rules of Appellate Procedure state that "there are statutes and Practice Book provisions that permit immediate appeals from some orders or decisions that are not final judgments in that they do not necessarily end the case."

The Defendant filed an emergency ex-parte motion for a "Fernando A. hearing" and motion to vacate the protective order on 9/5/23. The clerk's office did not file it until 9/6/23. Defendant asked the chief clerk at Derby Court on 9/6/23 at 1:05PM to provide her with a fee waiver application to waive the cost to file an appeal online for the denial of her motion for continuance and the order of protection which was ordered on 5/17/23.

The clerk gave legal advice to the Defendant in the Clerk's office which was inconsistent with the Connecticut Practice Book and rules of Criminal Procedure and Appellate Procedure as published in state law.

The clerk instructed Defendant that she can not appeal anything in the case and stated to Defendant that her only option was to "file a motion" asking for the court to reverse the decision. Defendant inquired about the "Emergency Ex-parte motion for a Fernando A. hearing" that she filed the day prior, and was told by the clerk that said motion would be in the file for the "next court date" which is set for the end of October 2023. The clerk told Defendant that she had no option to appeal any interlocutory orders in the case, despite the rules of criminal and appellate procedure stating otherwise.

Defendant has experienced violations of her rights as a crime victim, rights under the 5th amendment, 4th amendment due process clause, VAWA, and equal protection and ADA rights, all of which have been violated repeatedly by the Clerk's Office, Judge, victim advocate, prosecutors, and other state actors involved in this matter.

The Defendant's rights as a victim and a protected party under state and federal domestic violence laws were also violated when she was arrested for this criminal action.

Defendant is asking that her right to procedural due process, speedy trial, effective counsel, right to see what evidence she is being faced with, and right to be heard and for a hearing not be violated further.

Defendant was never given a chance to speak once since the arraignment. The Defendant did not say more than a few words on the day of the arraignment and was represented by counsel who has since stated that he intends to file a motion to withdraw his appearance.

Defendant's counsel did not file said motion to withdraw, and instead spoke privately with the prosecutor on 9/6/23 before court opened without filing any motions and arranged for the case to be continued to 10/24/23. Counsel did not ask Defendant if that day was acceptable, and that day is a day in which the Defendant is required to be in school for a total of 12 hours, making her unavailable at the date and time that it was continued to. The Defendant also filed a motion for continuance asking the case be continued to 11/2/23, which was denied by the court.

Counsel for the Defendant intentionally did not file a motion to withdraw appearance in an effort to cause unreasonable delay and interference on the Defendant in an effort to further sabotage her case as retaliation for Defendant putting on the record the Counsel's own admission of unethical past behavior involving the judge on the case who also presided over the case in which the Defendant was a victim which was dismissed at the end of July of 2023.

The Clerk's office has since shown the Defendant extreme violations of her rights under the ADA and equal protection rights under the constitution and federal law. Defendant was told she could go to the clerk's office on 9/6/23 to retrieve copies of all process, pleadings, and motions served upon the Defendant since she had previously asked the attorney to provide that and was ignored. Since 5/17/23 to now, the Counsel of the Defendant has ignored phone calls, text messages, emails, and calls to his office where messages were left with his legal staff. Counsel has simultaneously had ex-parte communications and participated in judicial proceedings to help to get Matthew Lodice's charges fully dismissed, despite Matthew having no attorney of his own and despite there being extraordinary amounts of evidence to prove he was guilty beyond a reasonable doubt.

Defendant is currently protected by an order of protection which was granted against Matthew Lodice and the retaliation by the clerk's office has escalated. On 9/6/23, after the clerk

in Derby, CT attempted to tell Defendant that she had no right to appeal or ask for relief from the order of protection which violates her rights, the Defendant stated she would be recording the conversation.

The clerk then immediately began to scream at the Defendant stating angrily that Defendant is "not allowed to record her" and then she suddenly and without warning grabbed the file of the Defendant and ripped the file out of the Defendant's hands and angrily took it and instructed the other clerks not to allow the Defendant access to the file and demanded that they order the marshals to come in and "remove" the defendant from the clerk's office.

This was minutes after she told the Defendant that the case was not continued to 10/24/23 and told Defendant that she had to be back in court for 2:00PM and claimed the continued case was still on the docket, even though there was documentation showing that it was continued.

When Defendant attempted to record evidence of the illegal conduct of said clerk, she was denied the right to view her file for the criminal case, even though it is her legal right and the file is available to anyone in the public, including the Defendant, at any time that they wish to see it.

Defendant's rights are being violated in so many ways that it is nearly impossible for her to be able to enforce these rights when so many state actors are violating them on a regular basis.

Furthermore, there is good cause that this should be permitted more than 30 days post arraignment, since Defendant has never had a subsequent court hearing after the arraignment, never had a consultation with counsel once since the arraignment, never saw or accessed any filings in the case other than the arrest warrant which was provided by the police station and not the court on the day of her arrest, and was denied the due process and right to a hearing, right to

see evidence, right to discovery, right to a jury trial, right to a speedy trial, several of her rights under constitutional law such as the equal protection clause, due process clause, and rights as a victim which are defined by federal laws such as VAWA.

Defendant was denied access to a fee waiver, denied access to view her publicly available file to get copies to attach to this notice of removal, denied due process, and is regularly denied equal protection based on her race, gender, socioeconomic status, religion, and other protected rights guaranteed to her under federal, state, and constitutional law as well as through acts of congress and U.S. treaties.

The Supreme court of the United States has held that parents have a fundamental right under the Constitution to the care, control, education, and visitation with their children. The order of protection that is imposed upon the Defendant raises a question of if it is constitutional for the state of Connecticut to deny the Defendant the right to an evidentiary hearing regarding the necessity or continuity of said order of protection which violates the Defendant's constitutional rights under the second amendment to bear arms, and also violates her rights under the due process clause and 14th amendment to be in the life of her minor child who she is unable to see due to the protective order that currently is in effect.

Defendant attempted to file for an emergency ex-parte hearing and asked that the order be vacated and was told that the motion for such would sit in her file for an additional 51 days before a judge will even entertain the possibility of looking at it.

Defendant is denied due process by being unable to freely access and view her file. Defendant has the right to record when she is in public for her own safety and evidence of violations of her rights by state actors such as those employed by the State of Connecticut that work in the GA5 Clerks office at Derby, GA.

Twice in the past 6 months, the same Clerk has threatened the Defendant with forcible removal, arrest, and other penalties if she did not "leave" the clerk's office when the Defendant simply asked a procedural question or asked for something that is within her right to see, possess, or know.

Defendant, who is a 2L law student, was unaware that she has the right to file a removal within 30 days of arraignment and now, since rights violations have happened in the past 30 days, this constitutes a removable action and good cause is that the Defendant was unaware and received ineffective assistance of counsel in that the counsel that agreed to represent her in said criminal matter on a pro bono basis had many ex-parte communications with other individuals and ignored and refused to keep the Defendant informed about anything of the case, refused to file any motions regarding anything in the case, and therefore denied the Defendant her right to counsel by keeping her in the dark and shielded from legal advice.

Defendant also had to research and come to the realization of the severity of the situation in order to become aware of the fact that there were so many violations of her rights by many state actors in this case, that it is impossible for this case to proceed in the state court without the Defendant experience further violations of her rights, animosity, retaliation, and attacks from the state actors who are involved.

Defendant is innocent until proven guilty, has the right to a speedy trial in front of a jury where the state must prove beyond a reasonable doubt that she is guilty of the crimes they are alleging her to have done. Defendant demands said trial by jury to be scheduled immediately and is moving that the federal district court allow this case to be removed to the federal court so that the Defendant may preserve her liberties to access and see her minor child, and to be free from cruel and unusual punishment and violations of her procedural due process rights.

DEFENDANT

THEODORA F. ANTAR, PRO SE

By: _____

THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 9/6/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:


Michael Hillis

mHillis@dkh-law.com


Rebecca Barry

Rebecca.barry@ct.gov


THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM



| STATE OF CONNECTICUT VS. | NAME OF ACCUSED | | DOCKET NO. | | |
|---|---|---|---|---|---|
| **ANTAR  THEODORA  F** | | | A05DCR230191150S | | |
| STREET ADDRESS | | | | | |
| **856  SHAGBARK  DR** | | | | | |
| CITY | STATE   ZIP CODE | | COURT DATE | | |
| **ORANGE** | **CT    06477** | | 05/17/2023 | | |
| 1.  CONTINUED TO | PURPOSE | 6.  CONTINUED TO | PURPOSE | 11.  CONTINUED TO | PURPOSE |
| 6/29/23 | OF | PO issued | | | |
| 2. -8/2/23 | OF | 7. | | 12. | |
| 9/6/23 | OF | 8. | | 13. | |
| 4. 10/24/23 | DF | 9. | | 14. | |
| 5. | | 10. | | 15. | |

JD-CR-37  Rev. 7/94



PROMISE TO APPEAR
JD-CR-13  Rev. 10-17
C.G.S. §§ 53a-35a, 53a-36, 53a-40b, 53a-41,53a-42, 53a-172,
53a-173, 53a-222, 53a-222a, 54-53a to 54-63g, 54-64a to 54-64g;
P.B. §§ 36-1 to 36-6, 36-15, 38-18, 38-20, 38-21; P.A. 17-31 §§ 6, 7

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

**Instructions**
Use this form for defendants released upon a written promise who are charged with a MISDEMEANOR,
A MOTOR VEHICLE VIOLATION FOR WHICH A TERM OF IMPRISONMENT MAY BE IMPOSED, or a FELONY.

Docket number

**To: Any Proper Officer of the State of Connecticut**

| From (Name of defendant) | Address of defendant | | | Telephone number |
|---|---|---|---|---|
| THEODORA ANTAR | 856 SHAGBARK DR | ORANGE | CT | 203 273 8419 |

| Judicial District / Geographical Area Court | Address of court | Police case number |
|---|---|---|
| 05 | 106 Elizabeth Street, Derby, Ct. | 23-13466 |

| Crime(s) charged against defendant | Appearance date and time (Initial appearance not more than 14 days after date of arrest) 05/17/23 | |
|---|---|---|
| 53a-182    53a-157b | | 9:30 AM |

**PROMISE TO APPEAR**

I, the defendant named above, promise to appear before (come to):
1. The Superior Court at the address listed above, on the Appearance date and the time listed above;
2. The court on any other date and time that the court continues my case to;
3. Any other court where my case may be transferred (sent to); and
4. The court on any other date and time at which there is a hearing on the conditions of my release.

I also promise to follow all of the Conditions of Release listed below, which were ordered by the court, a bail commissioner, or a police officer.

I have read, or have had read to me, the Notice to Defendant below, and I understand everything in that notice.

**A. Conditions of Release**
1. Do not commit a federal, state or local crime.

| Signed (Defendant) | Date and Time Signed |
|---|---|
| | 5 16 23 12:35 hrs |
| Signed (Parent or Guardian if minor) | Date and Time Signed |
| | .m. |

Subscribed to before me. Defendant was advised of the requirements listed above, and was given a copy of this Promise to Appear and the Notice below.

| Signed (Police Officer, Asst. Clerk, Bail Comm., Prob. Officer) | Date and Time Signed | Job Title | Police Department (if applicable) |
|---|---|---|---|
| | 5/16/23 12:35 .m. | Patrol Ofc. | Orange Police |

**NOTICE TO DEFENDANT**
1. You must come to court on the Appearance date and time listed above and at any other time and place that the court tells you.
2. If you do not come to court as required, you will be committing the crime of Failure to Appear, and:
   a. You may be arrested immediately, or the court may issue a capias (order for your arrest); and
   b. You may be subject to the following added criminal penalties:
      i. If you were released on this Promise to Appear for one or more felonies, you may be charged with an additional Class D felony, and the court may sentence you to up to 5 years in prison, fine you up to $5,000, or both, for failing to appear.
      ii. If you were released on this Promise to Appear for one or more misdemeanors or motor vehicle violations, you may be charged with an additional Class A misdemeanor, and the court may sentence you to up to 1 year in prison, fine you up to $2,000, or both, for failing to appear.
3. If you commit another crime after you have been released on this Promise to Appear, you may be subject to added criminal penalties in addition to any sentence that the court may give you for that crime:
   a. If the new crime is a felony, the court may sentence you to up to ten (10) additional years in prison; or
   b. If the new crime is a misdemeanor, the court may sentence you to up to one (1) additional year in prison.
4. You must follow all of the conditions of your release.
5. If you do not follow the conditions of your release, you will be committing the crime of Violation of Conditions of Release, and:
   a. The court may change or add to the conditions of your release;
   b. The court may revoke (take away) your Promise to Appear and release; and/or
   c. You may be subject to the following additional criminal penalties:
      i. If you were released on this Promise to Appear for one or more felonies:
         • Generally, you may be charged with an additional Class D felony, and the court may sentence you to up to 5 years in prison, fine you up to $5,000, or both, for violating your conditions of release.
         • BUT, if you violate the conditions of your release by (1) putting any restraint (restriction) on a person or the liberty (freedom) of a person; or (2) threatening, harassing, assaulting, molesting, sexually assaulting or attacking a person, and the court may sentence you to between 1 and 10 years in prison, fine you up to $10,000, or both, for violating your conditions of release in this way.
      ii. If you were released on this Promise to Appear for one or more misdemeanors or motor vehicle violations:
         • Generally, you may be charged with an additional Class A misdemeanor, and the court may sentence you to up to 1 year in prison, fine you up to $2,000, or both, for violating your conditions of release.
         • BUT, if you violate the conditions of your release by (1) putting any restraint (restriction) on a person or the liberty (freedom) of a person; or (2) threatening, harassing, assaulting, molesting, sexually assaulting or attacking a person, you may be charged with an additional Class D felony, and the court may sentence you to up to 5 years in prison, fine you up to $5,000, or both, for violating your conditions of release in this way.
6. Your release may be revoked (taken away) if:
   a. You have been charged with a crime for which the term of imprisonment may be more than 10 years;
   b. The court finds that you have violated any condition of your release; and
   c. The court finds that the safety of any other person is endangered (put at risk) while you are on release.

FOR COURT USE

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

(Page 1 of 2)    DISTRIBUTION: Copies to Clerk of Court, Bail Commissioner, Defendant    PROMISE TO APPEAR

MOTION FOR CONTINUANCE/
~~CASEFLOW REQUEST~~

**ADA NOTICE**
The Judicial Branch of the State

STATE OF CONNECTICUT
~~SUPERIOR COURT~~

**INFORMATION**
JD-CR-71 Rev. 1-17

STATE OF CONNECTICUT
**SUPERIOR COURT**

DISPOSITION DATE

| Police Case number | Agency name | Agency number |
|---|---|---|
| 23-13466 | ORANGE POLICE DEPARTMENT | CT0010700 |

## TITLE, ALLEGATION, AND COUNTS

State of Connecticut vs. *(Name of accused)*
Antar Theodora F

Residence *(Town)* of accused
Orange

Docket number
A05DCR23-191150 5

Address
856 Shagbark Dr Orange Ct

Date of birth
09/07/1991

The undersigned Prosecuting
Authority of the Superior Court
of the State of Connecticut
charges that:

To be held at *(Town)*
Derby

Geographical
area
number   05

Court date

Count One — Did commit the offense of.
DISORDERLY CNDT

Continued to

Purpose

Reason

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | |
|---|---|---|---|
| Orange | 4/30/2023 | 53a-182 | 6/29/23 |

Count Two — Did commit the offense of:
FLS STATEMENT

| At *(Town)* | On or about *(Date)* | In violation of General Statute number |
|---|---|---|
| Orange | 4/30/2023 | 53a-157b |

Count Three — Did commit the offense of.

| At *(Town)* | On or about *(Date)* | In violation of General Statute number |
|---|---|---|

☐ See other sheet for additional counts

Date 5/12/23

Signed *(Prosecuting Authority)*

## COURT ACTION

Defendant advised of rights before plea
(Judge) Hall J     (Date) 5-17-23

☑ Attorney   ☐ Public defender   Guardian

Bond   Surety   ☐ 10 %   ☐ Cash   Election   ☐ CT ☐ JY   *(Date)*

Bond change

Seized property inventory number

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| 5-12-23 | P.O. issued | Hall, J |
| 8/31/23 | Δ filed Motion for continuance and appearance, motion denied. | |

Receipt number   Cost   ☐ IMP ☐ NCI   Bond information ☐ Bond forfeited ☐ Forfeiture vacated ☐ Forfeiture vacated and bond reinstated

| Application fee – receipt number if paid | Circle one W I Q | Program fee – receipt number if paid | Circle one W I Q | Program fee – receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

Prosecutor on original disposition

Reporter/monitor on original disposition

Signed *(Clerk)*

Signed *(Judge)*

*This is page 1 of a 2 page information*

CRIMINAL MATTE
CASEFLOW REQUE
MOTION FOR

STATE OF CONNECTICUT
SUPERIOR COURT

Warrant   03-13966

Disposition date

Agency number   1686 0037

Agency   Orange P.D.

State of Connecticut vs.   Bhatal, Theodore F.

**By Authority of the State of Connecticut**
To: Any Proper Officer of the State of Connecticut

within-named accused. ("X" all that apply)
you are hereby commanded to arrest the body of the

Geographical area number: 5

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at

☐ D. Non-financial conditions of release:

Extradition boundaries established by prosecutor

E. Conditions of release not determined by the court.

| By the Court | Date | Name of the Judge (Print or Type) |
|---|---|---|
| Signed (Judge or Clerk of the Superior Court) | 5/10/23 | Omar Omos |

**Return On Arrest Warrant**

| Geographical area number | | Date |
|---|---|---|
| Town of Orange CT | | 5/10/23 | State of Connecticut |

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused, and have said accused here in court for examination.

Attest (Officer's signature and Department)   U. Bhatal

| Date | Other Court action | Judge |
|---|---|---|

This is page 3 of a 3 page information

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST
CRIMINAL MATTER

ADA NOTICE
Judicial   Branch   of   the   State
with the Americans

STATE OF CONNECTICUT
SUPERIOR COURT

2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

**FOR COURT USE ONLY**
Supporting Affidavits Sealed
☐ YES   ☐ NO

*First, Middle Initial)*
, THEODORA F

Agency name
Orange Police Department

Agency number

PLICATION FOR ARREST WARRANT
: A Judge of the Superior Court

Residence (Town) of accused
ORANGE

Court to be held at (Town)
Derby

Geographical
Area number   05

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts
set forth in the:   ☒ AFFIDAVIT BELOW   ☐ AFFIDAVIT(S) ATTACHED

Date   5/12/23   Signed (Prosecuting authority)

Type/print/name of prosecuting authority

**AFFIDAVIT**
The undersigned affiant, being duly sworn, deposes and says:

1. That the undersigned, Ofc Kurt Correia 132, being duly sworn, does depose and state that he is a member of the Orange Police Department and has been since 09/07/2021. At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

2. That on April 30, 2023 at approximately 12:45 the Orange Police Department was contacted by THEODORA ANTAR (9-7-1991). Affiant and Officer Satkowski responded to 480 Racebrook Rd, St. Barbara's Church where ANTAR claimed that a protective order was violated and that she was contacted by the father of her child. ANTAR stated that she was being screamed at and that she had almost been struck by the car door which was intentionally thrown at her.

3. A check of the most recent protective order that was received from Derby Superior court dated 1/30/23 has CT31 applied with the other comment stating the following "Mr. Lodice is allowed to contact the protected party, regarding the visitation and affairs of their child via Family Wizard. Exchange of the minor child must be pursuant to the most recent Civil Family order. Mr. Lodice is allowed to facilitate / initiate contact with the protected party for the purpose of contact with their child in accordance with the most recent Civil Family order". A copy of the order is included with this affidavit.

(This is page 1 of a 4 page Affidavit)

Date   May 11, 2023

Signed (Affiant)   #132

JURAT   Subscribed and sworn to before me on (Date)
May 11, 2023

Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public)
L-   # 82

**FINDING**
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

Date and
Signature   Signed at (City or town)
Derby

On (Date)
5/12/23

Signed (Judge/Judge Trial Referee)

Name of Judge/Judge Trial Referee

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST-
CRIMINAL MATTERS

ADA NOTICE
The Judicial Branch of the State
of Connecticut

STATE OF CONNECTICUT

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

36-3

EODORA F

Residence (Town) of accused
ORANGE

Court to be held at (Town)
Derby

Geographical
Area number
05

VIT - CONTINUED

...at while investigating the incident it was learned that both ANTAR and the other involved individual had ...eo including audio of the incident that each person took on their personal cell phone. That upon review of the video the following observations were made. MATTHEW LODICE (5-11-1983) exits his truck, a 2000 F250 color white bearing CT REG C313554, from the driver side door after his daughter runs up to the truck. He goes to the rear passenger side and begins to buckle her into her car seat. As he was putting his daughter into the car seat in his truck ANTAR walked over to his truck. That ANTAR stepped into the area of the driver seat door, which had been left open when LODICE exited to put his daughter in the truck, ANTAR reached into the truck and took a receipt of a bank statement that belonged to LODICE.

5. That at this point he asked her to not take his things and to step away from his truck. ANTAR immediately began to shout that he violated the no contact order and that he was not supposed to talk to her. Lodice continued to set up his daughter in the car seat. He then walked around the front of the truck intending to enter the truck. However ANTAR did not move away from the area of the driver side door. ANTAR was standing directly in the path that he would need to walk to enter the truck saying nothing. When he asked her to please step away from the truck she would only scream that he should not be talking to her and that he was in violation of the order.

6. That ANTAR at no time attempted to tell Lodice why she had reached into the truck, nor why she was standing there saying nothing. That ANTAR was not moving away from the driver area of the truck and would only shout back to him that he was not supposed to be speaking to her.

7. That at no point while reviewing the video does Lodice raise his voice, at no point did Affiant hear any sort of hostility or anger in his tone of voice. There was absolutely no threat made towards ANTAR , either verbally or physically. That Lodice was even standing on the other side of the door as to have a clear separation from Antar. In no way did Lodice prevent Antar from walking away from the truck. He simply several times stated "please step away and let me get in the truck".

8. That at this point my attention was taken away from the video because Affiant heard ANTAR shouting at Officer Satkowski who was attempting to investigate what occurred with her. When Affiant was close to Officer Satkowski, ANTAR was on the phone with OPD HQ demanding that a supervisor respond to the scene because she was told by Officer Satkowski that Lodice had not violated the order.

9. That Affiant began to speak with ANTAR who needed to be redirected several times. ANTAR stated that she intended to provide Lodice a piece of paper with the school address and a code to enter for the new early elementary education school to drop off their daughter and that was the reason that she went to and took the bank statement out of the truck. Affiant asked ANTAR to provide a written statement.

( This is page 2 of a 4 page Affidavit )

| Date | Signed (Affiant) |
|---|---|
| May 11, 2023 | Matt Celce #132 |
| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner Superior Court, Notary Public) |
|  | May 11, 2023 | #82 |
| Reviewed (Prosecutorial Official) |  | Date 5/12/23 | Reviewed (Judge/Judge Trial Referee) | Date 5/12/23 |

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST-
CRIMINAL MATTERS

**ADA NOTICE**
The Judicial Branch of the State
of Connecticut complies with the Americans
with Disabilities Act (ADA). If you need a

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov



CATION

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

, 36-3

(Middle Initial)
EODORA F

Residence (Town) of accused
ORANGE

Court to be held at (Town)
Derby

Geographical
Area number    05

**AVIT - CONTINUED**

...hat Lodice asked that Affiant get back his bank statement which Antar took from his truck when she alked over. Affiant returned to Antar who did in fact have in her possession the bank statement of Lodice. ANTAR stated that she intended to write the address and school information on that paper. ANTAR then showed me the video that she took where she claimed Lodice attempted to hit her with the truck door.

11. That the video that ANTAR showed me was her walking to the truck. The video clearly shows that she walks up to the driver's side door and right up to the seating area standing directly in front of the side of the driver's seat. At no point while approaching does ANTAR attempt to tell Lodice what she was approaching for. In fact in the video you can clearly hear ANTAR , in an antagonistic voice, say, "what's all this mess in here?".

12. That ANTAR  then reaches into the vehicle picking up the bank statement. At that point Lodice is heard saying "can you not touch my stuff please". ANTAR immediately yells back "you're not supposed to be contacting me". ANTAR again makes no attempt to explain that she was trying to provide information pertaining to their daughter's schooling. ANTAR video then stops and she stated that was when she contacted the Orange Police.

13. That it should be noted that this timeline matches with the video that Lodice had showed and that in that video, ANTAR claims that Lodice had been yelling at her for 5 to 10 minutes which is not true.

14. That after contacting Orange Police ANTAR  made no attempt to move away from the driver side area of the vehicle and that ANTAR was directly blocking Lodice from entering the vehicle. ANTAR does not attempt to provide Lodice with any information about their daughter. Lodice finishes buckling his daughter to the car seat and walks around the front of the vehicle. He stops on the outside of the driver door where several times he asks ANTAR to "please step away from the door please". Each time ANTAR only responds by saying he is not to be contacting her outside of the app, which the court ordered that all communication about the daughter should take place on, and that he is violating the order. At one point ANTAR claims she is attempting to provide him information but does not actually at any point ever attempt to provide that information.

15. That it is during this time that ANTAR claimed and provided a sworn written statement stating that Lodice tried multiple times to hit her with the car door. After reviewing the video from Lodice it is seen that at no point did he push the door towards her and at no point was there any aggression displayed from Lodice. ANTAR continued to block Lodice from entering the vehicle after a few minutes ANTAR takes a step back and Lodice without saying anything is able to pass by her and enter the truck.

(This is page 3 of a 4 page Affidavit.)

Date
May 11, 2023

Signed (Affiant)
#132

Jurat   Subscribed and sworn to before me on (Date)
May 11, 2023

Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public)
#82

Date
5/8/23

Reviewed (Presiding Judge/Official)

Reviewed (Judge/Judge Trial Referee)

Date
5/12/23

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST-
CRIMINAL MATTERS

ADA NOTICE
The Judicial Branch of the State
of Connecticut complies with the Americans
with Disabilities Act (ADA). If you need a

STATE OF CONNECTICUT
SUPERIOR COURT



STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

THEODORA F | Residence *(Town)* of accused ORANGE | Court to be held at *(Town)* Derby | Geographical Area number 05

## AVIT - CONTINUED

...that after he is finally able to get into the truck Lodice says "can you get out of the doorway so I can ...ose the door" ANTAR again refuses to leave the area and refuses to move away from the door and to wait in her vehicle claiming that she is waiting for the police to arrive. Lodice then turns his attention to his son who is in the vehicle, to calm him. ANTAR then begins to shout to the boy telling the child to "make sure he gets a record for beating people like his dad". The video that ANTAR showed ends shortly after she yells towards the child. That Affiant attempted to retrieve video from St. Barbara's Church located at 480 Racebrook Rd however due to unknown technical error the cameras that cover the south parking lot where the incident took place had no recordings dating back to April 07, 2023.

17. Wherefore based upon the above information in this Affidavit, the undersigned Affiant has probable cause to believe that on April 30, 2023 THEODORA ANTAR (9-7-1991) last known address of 856 SHAGBARK DR, Orange CT 06477, committed the following violations:
C.G.S 53a-182 Disorderly conduct
C.G.S 53a-157b False statement to police

*(This is page 4 of a 4 page Affidavit.)*

| Date May 11, 2023 | Signed *(Affiant)* #132 |
| Jurat | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* |
| Subscribed and sworn to before me on *(Date)* May 11, 2023 | #82 |
| Reviewed *(Prosecutorial Official)* | Date 5/12/23 | Reviewed *(Judge/Judge Trial Referee)* | Date 5/12/23 |

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST
CRIMINAL MATTERS

ADA NOTICE

STATE OF CONNECTICUT

# UNIFORM ARREST REPORT

JD-CR-21(1) Rev. 3-21

FOR COURT USE ONLY

Uniform Arrest Report number: 10711000882 — [X] CR [ ] MV

Companion Uniform Arrest Report number: [ ] CR [ ] MV

Name of accused (Last, First, Middle): ANTAR, THEODORA F

Address of accused (Number, Street, PO box, City, State, Zip code): 556 SHAGBARK DR ORANGE, CT 06477

Docket number: A05D-CR23-191150-S

E-mail address of accused:

| Sex | Race | Hispanic | US Veteran | Date of birth | Social security number | Alien registration number | Court date |
|---|---|---|---|---|---|---|---|
| F | W | [ ] Yes | [ ] Yes | 09071991 | 047884503 | | 05172023 |

| Birth country | Birth state | Birth city | Alias / Maiden name | Court location |
|---|---|---|---|---|
| US | CT | | | DERBY G.A. 5 |

| Operator's license number / State | MV / Boat / CDL | Vehicle registration number / State | MV / Boat / CV | US DOT number / State |
|---|---|---|---|---|
| C48455329 CT | [X] MV [ ] Boat [ ] CDL | | [ ] MV [ ] Boat [ ] CV | [ ] US DOT (D) [ ] CT Only (C) |

| Arrest date and time | | Arresting agency name | Arrest town | PD case number |
|---|---|---|---|---|
| 05162023 1125 | [ ] A.M. [ ] P.M. | 0107 | ORANGE | 2313466 |

| Arresting officer | Shield number | Incident involved (Select all that apply) | PD arrestee number |
|---|---|---|---|
| CORREIA | 132 | [ ] FV [ ] ALC [ ] NAR [ ] HAZ MAT | |

[ ] No bond set [X] Promise to appear [ ] Non-surety bond set (Amount) [ ] Bond NOT posted

[ ] Bond set (Amount) [ ] Surety / Cash [ ] Cash only [ ] 10% Cash [X] Bond posted

| Department / Troop ORI | SPBI number | Height | Weight | Hair | Eyes | Multi-Page UAR |
|---|---|---|---|---|---|---|
| CT0010700 | | 504 | 120 | BLK | BRO | Page 1 of 1 |

| Offense date(s) | Town of offense | C/A/X | Statute number / Description of charge | | Number of counts |
|---|---|---|---|---|---|
| 04302023 | ORANGE | | 53a-157b | FLS STATEMENT | 1 |
| 04302023 | ORANGE | | 53a-182 | DISORDERLY CONDUCT | 1 |

FAMILY VIOLENCE

MOTION FOR CONTINUANCE/

ADA NOTICE



NNECTICUT
R COURT
*d ct gov*

## UNIFORM ARREST REPORT CONTINUATION PAGE 1071L0000882

for Uniform Arrest Report Number 1071L0000882
Submitted by   ORANGE
For   ANTAR,THEODORA F

### Charge(s)

| Offense date(s) | Town of offense | C / A / X | Statute number / Description of charge | Number of counts |
| --- | --- | --- | --- | --- |

### Alias / Maiden name(s)

No additional alias / maiden name(s)

### Date(s) of birth

No additional date(s) of birth

### Social security number(s)

No additional date(s) of birth

MOTION FOR CONT[...]
CASEFLOW REQU[...]
[...]NAL MATT[...]



ORANGE DEPARTMENT OF POLICE SERVICE

## Advisement of Rights

INCIDENT NO. 23-13466      DATE 5/16/2023      PLACE Orange Police Department
NAME THEODORA      ANTAR
ADDRESS 856   SHAGBARK DR      DOB 09/07/91      PHONE 2032738419
LAST SCHOOL ATTENDED  Southern CT State Uni      ORANGE      CT      LAST GRADE Bach.

### ADVISEMENT OF CONSTITUTIONAL RIGHTS

Before I am interviewed or asked any questions I am aware that I must be advised of my rights and I must fully understand those rights      *TA*

I have been advised and know that I have the right to remain silent      *TA*

I have been advised and know that anything I say can be used against me in a court of law      *TA*

I have been advised and know that I have a right to an attorney and I know the attorney can be with me while I am being questioned by the police      *TA*

I have been advised and know that if I cannot afford an attorney, one can be appointed for me and I may have him with me before answering any questions      *TA*

I have been advised and know that I can refuse to answer questions or, I may stop answering questions at any time I wish      *TA*

Signed _____      Date 5/16/23   Time 11:44
Officer _____      Date 5/16/23   Time 11:44

### DWI SECTION

I was afforded a reasonable opportunity to telephone an attorney prior to the performance of a chemical test for blood alcohol ratio.

Signed _____      Date _____      Time _____

### WAIVER OF RIGHTS

I am **16 years of age or older** and have been advised of my rights and I fully understand what my rights are. I am willing to be interviewed and answer questions. I do not want a lawyer at this time. I am waiving my rights freely and voluntarily. No promise or threats have been made to me and no pressure or coercion of any kind have been used against me.

Signed _____      Date _____      Time _____
Witness _____      Witness _____

### JUVENILE SECTION

I am **16 or 17 years old** and have been advised and know that I may contact a parent or guardian and that I may have them with me during any interview _____

I, the parent (guardian) of the minor child (**15 and under**), have read the above warnings (or it has been read to me). I agree to allow said child to waive his/her rights and the law enforcement officers may question the minor child. We do not wish an attorney. _____

Signed _____      Date _____      Time _____
Signed _____      Date _____      Time _____

Witness _____      Witness _____

rev 9/2018

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST–
~~CRIMINAL MATTERS~~

ADA NOTICE
The Judicial Branch of the State
of Connecticut complies with the Americans

STATE OF CONNECTICUT
SUPERIOR COURT



A05D-CR23-0191150-S  :  GA5

State of Connecticut

**FILED**

DERBY

VS.

SEP 0 6 2023

Theodora F. Antar

SUPERIOR COURT
GEOGRAPHICAL AREA NO. 5
AT DERBY

DEFENDANT  :  SEPTEMBER 5, 2023

## EMERGENCY EX-PARTE MOTION FOR IMMEDIATE FERNANDO A. HEARING & TO VACATE PROTECTIVE ORDER

The Defendant Theodora F. Antar in the above captioned matter moves that the court immediately schedule a "Fernando A. Hearing" in order to prove the necessity of the current full no-contact protective order that is in place against the Defendant.

The Defendant, who does not have any criminal convictions, is being denied federal, state, and constitutional rights and the existence of this protective order is, has, and will continue to cause irreparable harm unless it is vacated immediately.

There is no legal, factual, or otherwise justified reason for this protective order to remain in place. The protective order is a full no-contact protective order with a full residential stay-away order that prevents the Defendant from being able to see or exercise her fundamental right to visitation with her minor child A.L.

This order prevents the Defendant from being able to access her minor child, and does not allow the Defendant to do things that are court ordered and part of her rights as the mother of the young child.

The State of Connecticut has no legal basis to impose this heavily restrictive order of protection upon the Defendant, and the Defendant hereby demands an immediate Fernando A. Hearing be scheduled. The Defendant filed an appearance for the first time last week in this matter and is asking that the court allow her the constitutionally protected right of due process in being able to prove that this order is restrictive, unnecessary, and causing irreparable harm to both Defendant and her family.

Defendant is requesting an immediate "Fernando A. Hearing" to be scheduled immediately and filing this motion to vacate the protective order and requests that said matter be scheduled and heard immediately.

September 5th, 2023, Respectfully submitted,

/s/ Theodora F. Antar

*The Defendant*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

 ## CERTIFICATION OF SERVICE

I hereby certify that on September 5th, 2023, I served a copy of the foregoing Motion to vacate to all counsel and parties on record as listed below:

MHillis@dkh-law.com

September 5th, 2023 Respectfully submitted,

/s/ Theodora F. Antar

*The Defendant*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

Gmail

Theodora Antar <theodoraantar@gmail.com>

**(no subject)**
1 message

**Theodora Antar** <theodoraantar@gmail.com>
To: theodoraantar@gmail.com

Wed, Sep 6, 2023 at 1:06 PM

Main clerk ripped form out of my hand when i said i would record her and ran away said call marshals and have them removed

Sincerely,

Theodora Antar
(203)273-8419

MOTION FOR CONTINUANCE/
CASEFLOW REQUEST-
CRIMINAL MATTERS

**ADA NOTICE**
The Judicial Branch of the State
of Connecticut complies with the Americans
with Disabilities Act (ADA). If you need a

STATE OF CONNECTICUT
**SUPERIOR COURT**



**Garcia, Natalia**

From:
Sent:
To:
Subject:

DCJ.DerbyGA.Reports <DCJ.DerbyGA.Reports@ct.gov>
Thursday, August 31, 2023 10:58 AM
GA5 Derby Incoming Matters Shared Mailbox
Re: filing this in derby court

Hi,

The State objects- this defendant has an Attorney.

Thank you!

*Kayla Curtis*
Derby State's Attorney's Office
106 Elizabeth Street
Derby, CT 06418
Phone: (203) 735-7487
DCJ.DERBYGA.REPORTS@CT.GOV

This e-mail and any attachments/links transmitted with it are for the sole use of the intended recipient(s) and
may contain information that is confidential or legally protected.  If you are not the intended recipient, you are
hereby notified that any review, disclosure, copying, dissemination, distribution, use or action taken in reliance
on the contents of this communication is STRICTLY PROHIBITED.  Please notify the sender immediately by e-
mail if you have received this in error and delete this e-mail and any attachments/links from your system.  The
State of Connecticut Division of Criminal Justice does not accept liability for any errors or omissions in the
contents of this communication which arise as a result of e-mail transmission, or for any viruses that may be
contained therein.  If verification of the contents of this e-mail is required, please request a hard-copy version.

**if the recipient has difficulty opening the attachment, please refer to the state website**
**(https://portal.ct.gov/DAS/BEST/Planning-and-Architecture/Enterprise-Messaging-Services/New-**
**Secure-Email-Service). Thank you**

**From:** GA5 Derby Incoming Matters Shared Mailbox <GA5.Derby@jud.ct.gov>
**Sent:** Thursday, August 31, 2023 10:37 AM
**To:** DCJ.DerbyGA.Reports <DCJ.DerbyGA.Reports@ct.gov>
**Subject:** FW: filing this in derby court

**From:** Theodora Antar <theodoraantar@gmail.com>
**Sent:** Thursday, August 31, 2023 9:05 AM
**To:** GA5 Derby Incoming Matters Shared Mailbox <GA5.Derby@jud.ct.gov>; DCJ.DerbyGA.Reports@ct.gov; Barbara
Bellucci <bbellucci@bhcare.org>; Barry, Rebecca <Rebecca.Barry@ct.gov>
**Subject:** filing this in derby court

Please file the attached in derby court

Request: Rev 04-01, 54-156
P.B. §§ 43-24 to 43-29, 44-13, 44-18

**Instructions To Person Making Motion**
Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days...

| Name of case (State v. Full name of Defendant) | | Docket number | Defendant Incarcerated |
|---|---|---|---|
| **State v. Theodora F. Antar** | | A05D-CR23-0191150-S | ☐ Yes  ☒ No |

| ☐ Judicial District  ☒ Geographical Area Number | Address of court (Number, street, town and zip code) **106 Elizabeth st, Derby, CT, 06418** | |
|---|---|---|
| Date of motion **08/31/23** | Date of event to which Requested Action applies **09/06/2023** | Name of Judge who scheduled the event (if known) **Judge Scott Jones** |

Person making motion is:
☐ State's Attorney   ☐ Defendant's Attorney   ☒ Defendant   ☐ Other

Firm name (if applicable)

Address **856 Shagbark Drive, Orange, CT, 06477**   Phone number (with area code) **203-273-8419**

## Requested Action: (Select all that apply)
☒ Motion for continuance to: __11/2/2023__ (date)   or:   ☐ at the court's discretion.
☐ Request that the defendant be excused from scheduled event.
☐ Motion for dismissal of case without appearance because of successful diversionary program completion.

## Event to which Requested Action applies: (Select all that apply)
☐ Arraignment   ☐ Court Trial   ☐ Motion   ☒ Pretrial   ☐ Other
☐ Plea   ☐ Jury Trial   ☐ Disposition   ☐ Sentencing

*(handwritten: State objects)*

## Reason(s) for Requested Action: (Select reason(s) and explain below)
☒ Counsel not ready          ☐ Lay witness not available (provide name below)          ☒ Other
☒ Discovery not complete     ☐ Expert witness not available (provide name below)
☒ Counsel not available      ☐ Party not available (provide name below)

*Explain*
I was arraigned on 5/17/23 and Attorney Hillis promised me an opportunity to meet with him to discuss the case prior to moving forward. It is now 106 days later and I never got to meet with him once about the case. I asked on 8/23 and 8/30 when we can meet and he responded on 8/30 and stated that he would be withdrawing from the case instead. I need time to hire new counsel.

I have contacted all counsel and self-represented parties of record about my intention to seek this Requested Action.
All of the counsel and self-represented parties:   ☒ Consent   ☐ Do Not Consent   ☐ Have not responded

*Note:* An agreement to this Requested Action does not mean that the court will automatically grant by the motion.

☐ I Have   ☒ I Have Not   notified the Victim's Advocate and/or the victim(s) of the Requested Action.

I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the Requested Action is granted or denied, and if granted, the specific ruling of the court.

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __08/31/2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.
Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Michael Hillis**
**129 whitney avenue**
**New Haven, CT, 06510**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer/Connecticut Attorney) | Print or type name of person signing **Theodora Antar** | Date signed **08/31/2023** |
|---|---|---|
| Mailing address (Number, street, town, state and zip code) **856 Shagbark Drive, Orange, CT, 06477** | | Telephone number **2032738419** |

| **Order** | Request is: ☐ Granted  ☐ Denied | If continuance, event continued to: | Signed (Judge) | Date |
|---|---|---|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing **Theodora Antar** | Date signed **08/31/2023** |
|---|---|---|

( See back/page 2 for Spanish Translation )

**CONDITIONS OF RELEASE**
**FAMILY VIOLENCE**

JD-CR-146  Rev 3-18
C.G.S. § 54-63c

**Instructions To Police Officer**
Do not use this form if the defendant is a juvenile. Send original and a copy to the clerk of court along with the original Appearance Bond (JD-CR-4) or Promise to Appear (JD-CR-131)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

| NAME OF DEFENDANT (Last, First, Middle) | DOB (mm/dd/yyyy) | SEX | Race | HISPANIC |
|---|---|---|---|---|
| Antar  Theodora | 09/07/1991 | F | W | ☐ Yes ☒ No |

| ADDRESS OF DEFENDANT (No., street, apt. no.) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 856  Shagbark Drive | Orange | CT | 06477 |

| FAMILY VIOLENCE CRIMES CHARGED | DEFENDANT'S RELATIONSHIP TO ALLEGED VICTIM (Either present or former) |
|---|---|
| 53a-182  Disorderly Conduct | ☐ Spouse    ☒ Parent of Common Child |
| 53a-157b  False Statement | ☐ Party to a Civil Union  ☐ Alleged Victim's Parent |
| | ☐ Intimate Cohabitant  ☐ Other |

| NAME OF ALLEGED VICTIM (Last, First, Middle) | DOB (mm/dd/yyyy) | SEX | Race | HISPANIC |
|---|---|---|---|---|
| Lodice  Matthew  J | 05/11/1983 | M | W | ☐ Yes ☒ No |

| ADDRESS OF ALLEGED VICTIM (No., street, apt. no.) | | (City) | (State) | (Zip Code) |
|---|---|---|---|---|
| 23  Lyman Street | Apt. 2 | New Britain | CT | 06053 |

**The Following Conditions of Release that Directly Relate to the Protection of the Alleged Victim Are Imposed Against the Defendant:**
(Financial conditions also apply)

☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Do not use or possess a dangerous weapon.
☐ Do not use or possess an intoxicant or controlled substance. (alcohol or drugs)
☒ Other nonfinancial conditions: (specify if applicable, e.g. restrictions on travel or place of abode)
Ms. Antar is allowed to contact the protected party, regarding visitation, and affairs of their child via Family Wizard. Exchange of minor child must be ~~Cont~~

| This order remains in effect until the defendant appears at the Superior Court on: | Hearing Date 05/17/2023 | but if court is cancelled on that date or I do not appear in court on that date then the order remains in effect until I appear in court for this arrest. |
|---|---|---|

I, the Defendant named above, understand that I am being released from custody under the Conditions of Release checked above, and I promise to obey all the conditions checked above which were ordered by the police officer as a condition of my release. I understand that if I do not obey any of these conditions, I may be arrested for violation of conditions of release. I also understand that I am entitled to tell my story with respect to the issuance of a protective order on the hearing date given above or, if court is canceled on the above date or if I do not appear in court on that date, these conditions remain in effect until I appear in court for this arrest.

| SIGNED (Defendant) | DATE AND TIME SIGNED 5-16-23 | SIGNED (Parent or Guardian if minor) | DATE AND TIME SIGNED |
|---|---|---|---|
| Subscribed and sworn to before me. | SIGNED (Police Officer, Assistant Clerk) | DATE AND TIME SIGNED 5/16/23  12:38 | JOB TITLE AND POLICE DEPARTMENT Patrol ofc.  Orange PD |

Reasonable efforts were made to contact the bail commissioner or a Judicial Branch intake, assessment and referral specialist (specify):
Derby Bail Commissioner's office contacted on 05/16/23 at 1215 hours.

Factual basis relied upon by the police officer to impose the nonfinancial conditions of release (specify):
Orange Police case report 23-13466. Other Conditions CONT. be pursuant to the most recent Civil Family order. Ms. Antar is allowed to facilitate / initiate contact with the protected party for the purpose of contact with their child in accordance with the most recent Civil Family order.

If the defendant is non-English speaking, the services of a translation service or interpreter were used. The police officer has checked the National Crime Information Center (NCIC) to determine if such defendant is listed in NCIC. The defendant was advised of the above penalties and furnished with a copy of the conditions of release.

I certify that the above statements are true to the best of my knowledge and belief.

| SIGNED (Police Officer) | NAME OF POLICE OFFICER (Last, First) Esposito, Aliza | DATE AND TIME SIGNED 5/16/23  12:36 |
|---|---|---|
| Subscribed and sworn to before me. | SIGNED (Police Officer) #82 | DATE AND TIME SIGNED 5/16/23  12:38 | CASE NUMBER (Police Department) 23-13466 |

DISTRIBUTION:   Original and Copy1 (for Defense Counsel) - Clerk of Court          Copy2 - Defendant          Copy3 - Police

**ORDER OF PROTECTION**
JD-CL-99   Rev. 10-21
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-15, 46b-16a,
46b-38c(d)(e), 46b-38nn, 53a-28(l), 53a-36, 53a-42, 53a-217,
53a-217c, 53a-223, 54-1k, 54-86e;
18 U.S.C. §§ 922(g)(9), 2265; P.A. 21-78 §§ 2, 6, 7

For information on ADA
accommodations,
contact a court clerk or go to:
www.jud.ct.gov/ADA

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Order type | Case type | Superior court location |
|---|---|---|
| Protective Order - Family Violence | Criminal | A05D Derby |

| Related court information (if applicable) | Case number |
|---|---|
| | A05DCR230191150S |

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| LODICE | MATTHEW | | 05 / 11 / 1983 | M | White |

| Home address | | City | State | Zip |
|---|---|---|---|---|
| 48 Quarry Hill Rd | | Waterbury | CT | 06706-2836 |

| Mailing address ☐ Same as above | City | State | Zip |
|---|---|---|---|
| 48 Quarry Hill Rd | Waterbury | CT | 06706-2836 |

| Work address | City | State | Zip |
|---|---|---|---|
| | | | |

## Respondent (Defendant) / Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race | |
|---|---|---|---|---|---|---|
| ANTAR | THEODORA | F | 09 / 07 / 1991 | F | White | |

| Address | | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|---|
| 856 Shagbark Dr | | 5' 4" | 120 | BRO | BLK | 203-273-8419 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| Orange | CT | 06477-1422 | |

| Cautions/Weapons (if information is available) | Relationship to protected person (Present or former) |
|---|---|
| | ☐ Spouse or party to a civil union |
| | ☐ Protected person's parent |
| | ☐ Intimate cohabitant |
| | ☒ Parent of common child |
| | ☐ Other: |

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions selected below:**

☒ Surrender or transfer all firearms and ammunition.

☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)

☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)

☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace, or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)

☐ Other:

Additional terms and conditions are on the following pages:

| This order remains in effect until: ☒ Further order of the court. | Expiration date (if applicable) / / |
|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapons (General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order (18 U.S.C. § 922(g)(8)).

| Name of Judge | Signed (Judge, Assistant Clerk) | Date signed |
|---|---|---|
| | | 8/7/23 |

**By the Court**

**NOTICE:** If a restraining order, protective order, or standing criminal protective order has been issued on your behalf or on behalf of your child, you may elect to give testimony or appear in a family court proceeding remotely pursuant to 46b-15c. Notify the court in writing in advance of a proceeding if you choose to give testimony or appear remotely, and your physical presence in the courthouse will not be required in order to participate in the court proceeding. You may use the Remote Testimony Request (form JD-FM-295) to make this written request. You may use the same form with two days' advance notice to request that your testimony in any family proceeding be taken outside the presence of the respondent/subject to a restraining order, protective order, or standing criminal protective order issued on your behalf and/or a child's behalf pursuant to 46b-15c.

**ADDITIONAL ORDERS OF PROTECTION**

JD-CL-100   Rev. 10-21
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k,
46b-38c(d)(e), 46b-38nn, 53a-28(f), 53a-38,
53a-42, 53a-217, 53a-217c, 53a-223, 54-1k;
16 U.S.C §§ 922(g)(9), 2265; P.A. 21-78 §§ 2, 6, 7

For information on ADA
accommodations,
contact a court clerk or go to:
*www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

*This form is available in other language(s).*

| Order type | Case type | Superior court location |
|---|---|---|
| Protective Order - Family Violence | Criminal | A05D Derby |

| Related court information *(if applicable)* | Case number |
|---|---|
| | A05DCR230191150S |

## Protected Person

| Last name | First name | Middle |
|---|---|---|
| LODICE | MATTHEW | |

## Respondent *(Defendant)*

### Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| ANTAR | THEODORA | F | 09 / 07 / 1991 | F | White |

**You, the Respondent, must follow all the orders and conditions selected below:**

☐ You may return to the protected person's home one time with police to retrieve belongings.

☐ If the protected person has moved out of the home of the respondent, the respondent shall permit the protected (CT14)
person to return to the respondent's home on one occasion, with police, to retrieve the protected person's (CT15)
belongings.

☐ Stay 100 yards away from the protected person.

☐ This order also protects the protected person's minor children. (CT16)

☐ This order protects animals owned or kept by the protected person. (CT19)

☒ Other: (CT31)

Ms. Antar is allowed to contact the protected party, regarding visitation and affairs of their child, via Family Wizard.
Exchange of the minor child must be pursuant to the most recent Civil Family order.  Ms. Antar is allowed to facilitate/
initiate contact with the protected party for the purpose of contact with their child in accordance with the most
recent Civil Family order.

**Additional terms and conditions are on the following pages:**

JDCL100AdditionalTermsAndConditions

**NOTICE:** If a restraining order, protective order, or standing criminal protective order has been issued on your behalf or on behalf of your
child, you may elect to give testimony or appear in a family court proceeding remotely, pursuant to 46b-15c. Notify the court in writing at
least two days in advance of a proceeding if you choose to give testimony or appear remotely, and your physical presence in the
courthouse will not be required in order to participate in the court proceeding. You may use the Remote Testimony Request (form
JD-FM-295) to make this written request. You may use the same form with two days' advance notice to request that your testimony in any
family proceeding be taken outside the presence of the respondent/subject to a restraining order, protective order, or standing criminal
protective order issued on your behalf and/or a child's behalf pursuant to 46b-15c.

## ORDER OF PROTECTION

JD-CL-99   Rev. 10-21
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-15, 46b-16a,
46b-38c(d)(e), 46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217,
53a-217c, 53a-223, 54-1k, 54-86e;
18 U.S.C. §§ 922(g)(9), 2265; P.A. 21-78 §§ 2, 6, 7

For information on ADA
accommodations,
contact a court clerk or go to:
www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| Order type | Case type | Superior court location |
|---|---|---|
| Protective Order - Family Violence | Criminal | A05D Derby |
| Related court information *(if applicable)* | | Case number |
| | | A05DCR230191150S |

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race | | |
|---|---|---|---|---|---|---|---|
| LODICE | MATTHEW | | 05 / 11 / 1983 | M | White | | |
| Home address | | | City | | State | | Zip |
| 48 Quarry Hill Rd | | | Waterbury | | CT | | 06706-2836 |
| Mailing address ☐ Same as above | | | City | | State | | Zip |
| 48 Quarry Hill Rd | | | Waterbury | | CT | | 06706-2836 |
| Work address | | | City | | State | | Zip |

## Respondent *(Defendant)*  |  Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| ANTAR | THEODORA | F | 09 / 07 / 1991 | F | White |

| Address | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|
| 856 Shagbark Dr | 5' 4" | 120 | BRO | BLK | 203-273-8419 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| Orange | CT | 06477-1422 | |

Cautions/Weapons *(If information is available):*

Relationship to protected person *(Present or former)*
☐ Spouse or party to a civil union
☐ Protected person's parent
☐ Intimate cohabitant
☒ Parent of common child
☐ Other:

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions selected below:**

☒ Surrender or transfer all firearms and ammunition.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace, or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)

☐ Other:

Additional terms and conditions are on the following pages:

This order remains in effect until:  ☒ Further order of the court.   Expiration date *(if applicable)* / /

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard.  This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapons (General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order (18 U.S.C. § 922(g)(8)).

| Name of Judge | Signed *(Judge, Assistant Clerk)* | Date signed |
|---|---|---|
| | | 5 / 17 / 23 |

By the Court

**NOTICE:** If a restraining order, protective order, or standing criminal protective order has been issued on your behalf or on behalf of your child, you may elect to give testimony or appear in a family court proceeding remotely pursuant to 46b-15c. Notify the court in writing at least two days in advance of a proceeding if you choose to give testimony or appear remotely, and your physical presence in the courthouse will not be required in order to participate in the court proceeding. You may use the Remote Testimony Request (form JD-FM-295) to make this written request. You may use the same form with two days' advance notice to request that your testimony in any family proceeding be taken outside the presence of the respondent/subject to a restraining order, protective order, or standing criminal protective order issued on your behalf and/or a child's behalf pursuant to 46b-15c.

| ADDITIONAL ORDERS OF PROTECTION<br>JD-CL-100  Rev. 10-21<br>C.G.S. §§ 29-28, 29-32, 29-33, 29-36l, 29-36k,<br>46b-38c(d)(c), 46b-38nn, 53a-28(f), 53a-36,<br>53a-42, 53a-217, 53b-217c, 53a-223, 54-1k;<br>18 U.S.C. §§ 922(g)(8), 2265; P.A. 21-78 §§ 2, 6, 7 | For information on ADA<br>accommodations,<br>contact a court clerk or go to:<br>*www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov |
|---|---|---|

*This form is available in other language(s).*

| Order type<br>Protective Order - Family Violence | Case type<br>Criminal | Superior court location<br>A05D Derby |
|---|---|---|
| Related court information (if applicable) | | Case number<br>A05DCR230191150S |

## Protected Person

| Last name<br>LODICE | First name<br>MATTHEW | Middle |
|---|---|---|

## Respondent (Defendant)

**Respondent Identifiers**

| Last name<br>ANTAR | First name<br>THEODORA | Middle<br>F | Date of birth<br>09 / 07 / 1991 | Sex<br>F | Race<br>White |
|---|---|---|---|---|---|

You, the Respondent, must follow all the orders and conditions selected below:

- ☐ You may return to the protected person's home one time with police to retrieve belongings.
- ☐ If the protected person has moved out of the home of the respondent, the respondent shall permit the protected person to return to the respondent's home on one occasion, with police, to retrieve the protected person's belongings.        (CT14) (CT15)
- ☐ Stay 100 yards away from the protected person.
- ☐ This order also protects the protected person's minor children.        (CT16)
- ☐ This order protects animals owned or kept by the protected person.        (CT19)
- ☒ Other:        (CT31)

Ms. Antar is allowed to contact the protected party, regarding visitation and affairs of their child, via Family Wizard. Exchange of the minor child must be pursuant to the most recent Civil Family order. Ms. Antar is allowed to facilitate/ initiate contact with the protected party for the purpose of contact with their child in accordance with the most recent Civil Family order.

**Additional terms and conditions are on the following pages:**

JDCL100AdditionalTermsAndConditions

NOTICE: If a restraining order, protective order, or standing criminal protective order has been issued on your behalf or on behalf of your child, you may elect to give testimony or appear in a family court proceeding remotely, pursuant to 46b-15c. Notify the court in writing at least two days in advance of a proceeding if you choose to give testimony or appear remotely, and your physical presence in the courthouse will not be required in order to participate in the court proceeding. You may use the Remote Testimony Request (form JD-FM-295) to make this written request. You may use the same form with two days' advance notice to request that your testimony in any family proceeding be taken outside the presence of the respondent/subject to a restraining order, protective order, or standing criminal protective order issued on your behalf and/or a child's behalf pursuant to 46b-15c.

123          XBS

10:44:42 a.m.   05-17-2023        2/2

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

| This form is available in other language(s). |

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

*There are instructions and important notices on page 2 (the back) of this form. Read page 2 before filling out this form.*

| Return date *(For Civil/Family cases)* |
| --- |
| Docket Number |
| AAN-CR23-0191150-S |

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)* Note: In Criminal/Motor Vehicle cases, the Plaintiff is The State of Connecticut

State of Connecticut v Theodora Antar

| ☐ Housing Session | ☐ Judicial District | ☐ Geographic Area | 5 | Address of court *(Number, street, town and zip code)* 106 Elizabeth Street, Derby 06418 | Scheduled court date *(Criminal/Motor Vehicle cases only)* 05/17/2023 |

**Enter the Appearance of**

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* Dombroski Hillis | Juris number *(For attorney/law firm)* 409206 |
| Mailing address 129 Whitney Avenue | | |
| City/town New Haven | State CT | Zip code 06510 | Fax number 203-624-1308 | Post Office box number | Telephone number *(Area code first)* 203-624-9096 |
| | | | | E-mail address mhillis@dkh-law.com |

in the case named above for: *(Select one of the following parties. See descriptions/notes on page 2 of this form.)*

| **PLAINTIFF** | **DEFENDANT** |
| ☐ The Plaintiff. | ☒ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                      *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13) ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* Michael S. Hillis | Date signed 05/17/2023 |

**Certification**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___05/17/2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to:

State's Attorney 106 Elizabeth Street, Derby 06418

| FOR COURT USE ONLY |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing Michael S. Hillis | Date signed 05/17/2023 |

Page 1 of 2

123                    XBS

                                                        10:44:42 a.m.    05-17-2023      2/2

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-8A, 25a-2, 25a-3

| This form is available |
| in other language(s). |

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

*There are instructions and important notices on page 2 (the back) of this form.*
*Read page 2 before filling out this form.*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date (For Civil/Family cases) |
| --- |
| Docket Number |
| AAN-CR23-0191150-S |

**Name of case** (Full name of first Plaintiff v. Full name of first Defendant) Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

State of Connecticut v Theodora Antar

| ☐ Housing Session | ☐ Judicial District | ☒ Geographic Area | 5 | Address of court (Number, street, town and zip code) 106 Elizabeth Street, Derby 06418 | Scheduled court date (Criminal/Motor Vehicle cases only) 05/17/2023 |

**Enter the Appearance of**

Name (Your name or name of official, firm, professional corporation, or individual attorney)
Dombroski Hillis

| Mailing address 129 Whitney Avenue | Juris number (For attorney/law firm) 409206 |
| City/town New Haven | State CT | Zip code 06510 | Fax number 203-624-1308 | Post Office box number | Telephone number (Area code first) 203-624-9096 |
| | | | | E-mail address mhillis@dkh-law.com | |

In the case named above for: *(Select one of the following parties. See descriptions/notes on page 2 of this form.)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
☒ The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only:

☐ Other (Specify):

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                    Name and Juris Number (if applicable) to be replaced

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case.** (Practice Book Sec. 10-13)  ☒ Yes  ☐ No

| Signed (Individual attorney or self-represented party) | Name of person signing at left (Print or type) Michael S. Hillis | Date signed 05/17/2023 |

**Certification**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___05/17/2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

State's Attorney 106 Elizabeth Street, Derby 06418

FOR COURT USE ONLY

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing Michael S. Hillis | Date signed 05/17/2023 |