# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

State
_____,
Plaintiff(s),

v.  Case No. _____

Theodora Antar
_____,
Defendant(s)

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the Court direct the United States Marshal's Service to serve process in this matter.

_____
Original Signature

Theodora Antar
Name (print or type)

856 Shagbark Drive
Street Address

Orange  CT  06477
City     State   Zip Code

203-273-8419
Telephone Number

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

State _____,
Plaintiff(s),

v.

Theodora Antar _____,
Defendant(s).

Case No. _____

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ____ Separated ____ Divorced ✓
If separated or divorced, are you paying any support? Yes ✓ No ____
Dependents: Spouse ____ Children # 2 Others # ____
Describe any others you support: _____
How many children **under the age of 18** do you support financially? 2

**RESIDENCE**
Street Address: 856 Shagbark drive
City: Orange  State: CT
Zip Code: 06477  Telephone: 2032738419

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8   High School   9 10 11 12
College   1 2 3 4   Post-Graduate   (1) 2 3 4

2

**INCOME**
If <u>employed</u> at present, complete the following:
Name of employer: _____ n/a
Address of employer: _____
How long have you worked for this employer? _____
Gross weekly income before taxes or other deductions: _____

If <u>self-employed</u> state gross weekly income before taxes and deductions: n/a
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE): March 2023
The name of my last employer: Self
Address: _____ Telephone #: (   ) _____
Last gross weekly income received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____ n/a
How long employed: _____
Gross weekly income before taxes or other deductions: _____
What is the nature of spouse's employment? _____

If receiving <u>government cash benefits (such as SAGA or AFDC)</u>, complete the following:
I have been receiving these benefits since: _____
I am receiving $_____ N/A per month for myself and the following family members _____.

If receiving <u>social security</u>, <u>disability</u>, <u>workers' compensation</u> or <u>unemployment</u> benefits, complete the following:
I have been receiving (TYPE) _____ N/A benefits since (DATE) _____.
I am receiving $_____ per month.

Do you receive <u>any other income</u>, of any kind?   Yes ✓   No _____
If yes, how much? $ 147 per week (week, month, or year)
What is the source of this income? Child Support.

**ASSETS**
Do you own any real property, such as land or a house?   Yes _____   No ✓
If yes, what kind of property is it? _____ n/a
Property Address: _____
Whose name is the property in? _____
Estimated value: _____

3

Amount owed: _____ Owed to: N/A
Total: _____ Monthly payment _____
Annual income from rental or other use of property: _____

Other property:
Automobile: Make _____ Model N/A Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____ Amount Owed: _____

Do you own any other valuable property, such as boats, motorcycles, or machinery?
If yes, please describe the property and provide its estimated value:
N/A
_____
_____

Cash on hand:
Balance in savings, money market, and similar accounts: 0
Balance in checking accounts: $372

Stocks, bonds, mutual funds or other investments owned:
Total value of investments: 0
Describe the nature of the investments: _____

**OBLIGATIONS:**
Monthly rental on house or apartment: $ ~~1650~~  1650
Monthly mortgage payment on house: $ ~~1650~~  350
Gas/heating oil bill per month: $
Electric bill per month: $ 350    2000
Phone bill per month: $ 120
Car payments per month: $          2120
Car insurance payments per month: $ 275     1275
Other types of insurance payments per month $
Monthly payments on outstanding debts: $
  Please list: Credit Card        $ 825.00    2395
  Please list: Student Loans      $ 375
  Please list: _____    $                825
  Please list: _____    $
Alimony or child support payments: $ 77 per week
Estimated monthly expenditure on food: $ 800/month    3220
Estimated monthly expenditure on clothing: $
Other necessary expenditures: medical expenses $ 350 per month
Total amount of monthly obligations: $ 4703

  3595    3903                    3220
   308    800                      375
  ----   ----                     ----
  3903   4703                     3595

  2
  77
   4
  ---
  308

Do you owe any money other than mortgage or auto loans?
List the amount of each debt below, and to whom it is owed.
    Debt owed to: _____ $_____
    Debt owed to: _____ $_____
    Debt owed to: _____ $_____

Other information pertinent to financial status:
Student full time and disability

**PREVIOUS LITIGATION:**
If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

    Case Number    Case Caption    Disposition of Case

1. CV23 0094, 0095, 0096, 0093
2. CV23 1021 (all were remanded or dismissed)
3. _____
4. _____

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9/6/23

                              Original Signature of Affiant

(Rev. 9-17-20)