UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_State_
(Plaintiff)

v.

_Theodora Antar_
(Defendant)

_____
(Case Number)

## CONSENT TO ELECTRONIC NOTICE BY SELF-REPRESENTED PARTY

I, _Theodora Antar_ (Name of self-represented party) hereby consent to the court using my email address, as listed below, for the purpose of sending me notifications of orders and notices issued by the court. I also consent to opposing counsel using my email address for the purposes of sending me papers filed with the court.

I understand that I must register at Public Access to Court Electronic Records | PACER: Federal Court Records (pacer.uscourts.gov) to retrieve electronic documents.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

_Theodora Antar_
Name of Self-Represented Litigant

_856 Shagbark drive_
Street Address

_Orange, CT 06477_
City, State, Zip Code

_TheodoraAntar@gmail.com_
Email Address

_9/6/23_
Date

_203-273-8419_
Telephone Number

_[signature]_
Signature

Rev. 8/23/23