**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**<u>STANDING ORDER TO LITIGANTS, REGARDING</u>**
**<u>LETTERS TO THE COURT</u>**

The Honorable Omar A. Williams, who is the judge presiding over this action, does not review letters sent by a party (whether they be addressed to the Clerk of Court or the judge himself), and instead asks that the Clerk of Court return any such letters to the sender, without first forwarding them to the judge. This policy is designed to avoid *ex parte* communications, and to ensure proper documentation of filed materials.

Communications to the court should be docketed as a motion for specific relief, or as a notice of specific information. The motion or notice should have a caption that includes the name of the case and the case number, and it should comply with the Federal Rules of Civil Procedure and the District of Connecticut Local Rules (particularly Local Rule 7, which addresses several common motions). These rules are available on the District of Connecticut website (https://www.ctd.uscourts.gov/rules-and-forms), as is a Guide for Self-Represented Litigants that contains a sample motion and other helpful information. Only motions or notices that comply with the Rules will be filed on the docket and will be reviewed by the judge.

Self-represented parties may obtain additional resources and assistance through New Haven Legal Assistance Association, Inc. (at www.nhlegal.org/federalprose, or by phone, at (203) 850-7720).

**IT IS SO ORDERED** at Hartford, Connecticut, this 27th day of July, 2023.

                                                          /s/
                                        OMAR A. WILLIAMS
                                        UNITED STATES DISTRICT JUDGE